# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | : | CIVIL ACTION |
| A/S/O Henry and Evelyn Banta, d/b/a | : | |
| Allstate Property and Casualty | : | |
| | : | |
| v. | : | |
| | : | |
| SUAREZ CORPORATION INDUSTRIES, | : | |
| d/b/a Eden Pure | : | NO. 19-1776 |

## ORDER

**NOW**, this 16th day of May, 2019, upon consideration of Defendant Suarez Corporation Industries D/B/A Eden Pure's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(3) for Improper Venue or in the Alternative, to Transfer Venue to the United States District Court for the Middle District of Pennsylvania and Motion for a More Definitive Statement Pursuant to Fed. R. Civ. P. 12(e) (Document No. 6) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED** to the extent that it seeks transfer.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

/s/ TIMOTHY J. SAVAGE J.